**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES A. HOLLIDAY                                                                                              PETITIONER
ADC #144378

v.                                              5:15CV00004-BRW

WENDY KELLEY, Director,
Arkansas Department of Correction                                                                         RESPONDENT

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed and the time for doing so has passed.

After careful consideration, I adopt as my findings in all respects the Proposed Findings and Recommended Disposition.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED without prejudice, and the requested relief is DENIED. A certificate of appealability is DENIED.

IT IS SO ORDERED this 7th day of August, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE