**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JAMES A. HOLLIDAY,**
**ADC # 144378**                                                                                              **PETITIONER**

**VS.**                                              **5:15CV00004-BRW**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                                   **RESPONDENT**

**ORDER**

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, I adopt in all respects the Proposed Findings and Recommended Disposition

Accordingly, the Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED and the requested relief is DENIED. A certificate of appealability is denied.

IT IS SO ORDERED this 8th day of September, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE